UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARTHUR J. TOEGEMANN

v.                                                                                           CA 09-376 ML

SELECTIVE SERVICE
UNITED STATES

ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Martin on August 25, 2009. No objection was filed. I have reviewed the Report and Recommendation and adopt it in its entirety. Plaintiff's motion to proceed *in forma pauperis* is DENIED and the complaint is DISMISSED pursuant to to 28 U.S.C. § 1915 (e)(2).

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
September    //  , 2009